UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY VAN HORN,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No.: 1:11-cv-763

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 17).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the decision of the Commissioner is VACATED and the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated:  October 12, 2012

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge