UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY VAN HORN,

       Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

Case No.: 1:11-cv-763

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 22). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the plaintiff's motion for attorney fees and costs pursuant to the Equal Access to Justice Act (ECF No. 19) is **GRANTED IN PART AND DENIED IN PART**. Judgment shall enter in plaintiff's favor against the defendant in the amount of $2,000.00.

Dated: January 23, 2013

                                                    /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge