UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY VAN HORN,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

Case No. 1:11-cv-763

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the plaintiff and against the defendant in the amount of $2,000.00.

Date:  January 23, 2013

  /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District