UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY VAN HORN,

    Plaintiff,

v.

    Case No.: 1:11-cv-763

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 31). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the plaintiff's attorney's motion for award of attorney fees (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that payment from plaintiff's award of past-due benefits to Attorney Thomas Geelhoed in the amount of $3,300.00 is **APPROVED**.

Dated: August 18, 2014                 /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge